

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 26, 2013**

_____
**United States Bankruptcy Judge**

_____

MOD1 0013.000276

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 09-70143-HDH-13 |
| ZACH WADE ROMINES | DATED: July 19, 2013 |
| CHRYSTAL SPRING ROMINES | ATTORNEY: MONTE J WHITE |
| | HEARING DATE: 7/17/2013 @ 10:00 AM |

**ORDER APPROVING MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 05/21/2013. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 05/21/2013 be and the same is hereby APPROVED, as stated below:

$594.00 from receipts paid ahead is applied to case.  Debtor's payment shall go to $415.00
beginning in August, 2013 for a new base of $33,386.00 in order to pay $952.00 of debtor's
2012 tax refund to the Trustee for the benefit of unsecured crediotrs per General Order 2010-01.
Unsecured creditors must recieve at least $1,584.00 before debtor is allowed a discharge.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #

 /s/  Walter O'Cheskey
_____
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424